In the Matter of DAVID W. PELLAND, a Suspended Attorney, Resignor. [918 NYS2d 920]— Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Mar. 9, 2011.)

 In the Matter of JAMES F. LAGONA, an Attorney, Respondent. [918 NYS2d 916]— Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Mar. 9, 2011.)